John Cook, Respondent, v. Peter J. Soeman and Another, Appellants. — Judgment and order affirmed, with costs. All concurred.

Sam Garricott, Respondent, v. New York State Railways, Appellant.— Judgment and order affirmed, with costs. All concurred, except Kruse, P. J., who dissented upon the ground that the court erred in charging the jury as matter of law that the defendant was guilty of an assault.

H. Seymour Longcoy, Respondent, v. The Haberle-Crystal Spring Brewing Company, Appellant, Impleaded with Others.- · Judgment affirmed, with costs. All concurred.

In the Matter of the Application of Charles F. Moulton, Respondent, for the Appointment of Commissioners to Ascertain the Damage to His Property Caused by the Change of Grade on East Main Street in Cuba Village, Appellant.— Judgment affirmed, with costs. All concurred, except Foote, J., who dissented upon the ground that the State and not the village is chargeable with the maintenance of the highway in question, and as the statute* imposes the liability for change of grade only upon the municipality chargeable with maintenance, the village in this case is not liable.

In the Matter of the Application of Maria C. Barnes, Respondent, for the Appointment of Commissioners to Ascertain the Damage to Her Property Caused by the Change of Grade on West Main Street in Cuba Village, Appellant.— Judgment affirmed, with costs. All concurred, except Foote, J., who dissented upon the ground that the State and not the village is chargeable with the maintenance of the highway in question, and as the statute* imposes the liability for change of grade only upon the municipality chargeable with maintenance, the village in this case is not liable.

Louis Powlowski, by Walenty Powlowski, His Guardian ad Litem, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the verdict is against the weight of evidence upon the question of the defendant's negligence and the plaintiff's contributory negligence; that the weight of the evidence supports the claim that the plaintiff attempted to board the train while it was in motion, and that he was injured through his own carelessness. All concurred.

Margaret E. Phillips, as Administratrix, etc., Appellant, v. The Crosstown Street Railway Company of Buffalo and Another, Respondents.— Judgment and order affirmed, with costs. All concurred, except Kruse, P. J., and Robson, J., who dissented. See decision in same case on former appeal, reported at 157 Appellate Division, 876.

John M. McAuley, Respondent, v. Percy Jackson, as Trustee, etc., Appellant.— Motion for reargument denied, with ten dollars costs.